**Fill in this information to identify the case**

Debtor name  **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **19-51375**
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **BBT** | **Checking account** | __ __ __ __ | $1,952.00 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,952.00 |
|---|

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

    | |
    |---|
    | **$0.00** |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐  No.  Go to Part 4.
    ☒  Yes.  Fill in the information below.

    Current value of
    debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:   **$6,000.00**     –   **$360,000.00**     = .............. ➜   **($354,000.00)**
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **$0.00**          –   **$0.00**          = .............. ➜   **$0.00**
                            face amount            doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | |
    |---|
    | **($354,000.00)** |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐  No.  Go to Part 5.
    ☒  Yes.  Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | 15.1.  **Jerry Torres Properties LLC** | **100%** | | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

    | |
    |---|
    | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒  No.  Go to Part 6.
    ☐  Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. | **Taco Haven Restaurant - Lease Deficiency** | | | **$360,000.00** |
|---|---|---|---|---|

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.

| | **$360,000.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

| | **$0.00** |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **1012 S. Presa**<br>**San Antonio, TX 78210**<br>**1012 S. Presa**<br>**NCB 732 BLK 4 LOT 9,10 & SW**<br>**134.98 FT OF 11 & S IRR 45.96 FT OF**<br>**1 THRU 3**<br><br>**Value based on county appraisal** | Fee Simple | $1,692,610.00 | | $1,692,610.00 |
| 55.2.  **1035 S. Presa**<br>**San Antonio, TX 78210**<br>**1035 S. Presa**<br>**NCB 791 BLK LOT E 91.4 FT OF S**<br>**112.7 FT OF 6 OR A20 & A21**<br><br>**Professional Appraisal.** | Fee Simple | $375,000.00 | | $375,000.00 |
| 55.3.  **1029 S. Presa**<br>**San Antonio, TX 78210**<br>**1029 S. Presa**<br>**NCB 791 BLK 31 LOT E IRR 88.18 FT**<br>**OF F**<br><br>**Professional Appraisal.** | Fee Simple | $140,000.00 | | $140,000.00 |
| 55.4.  **1248 S. Saint Mary's Street**<br>**San Antonio, TX 78210**<br>**1248 S. Saint Mary's Street**<br>**NCB 791 BLK 31 LOT W 91.4 FT OF S**<br>**111 FT OF 6 OR H**<br><br>**Professional Appraisal.** | Fee Simple | $310,000.00 | | $310,000.00 |
| 55.5.  **571 Hicks Ave**<br>**San Antonio, TX 78210**<br>**571 Hicks Ave**<br>Value based on county appraisal. | Fee Simple | $16,060.00 | BCAD | $16,060.00 |

**56.   Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $2,533,670.00 |
|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☑ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☑ No.  Go to Part 11.
    - ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

    | $0.00 |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No.  Go to Part 12.
    - ☑ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
       **including counterclaims of the debtor and rights to set off claims**

   **Claim relating to representation by Matthew D. Stern in loan from Pender Capital. Charge**
   **$62,000 attorney's fees**                                                                 **$62,000.00**

   Nature of claim       **Malpractice & breach of Contract Claim**

   Amount requested      **$62,000.00**

   **Usury Claim against Pender Capital**                                                       **Unknown**

   Nature of claim       **Ususry Claim**

   Amount requested

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
       Add lines 71 through 77.  Copy the total to line 90.                                    **$62,000.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$1,952.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **($354,000.00)** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$360,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................. ➜ | | **$2,533,670.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $62,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$69,952.00**   **+**   91b. | **$2,533,670.00** |

92. **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92 .......................................................................................   **$2,603,622.00**

**Fill in this information to identify the case:**

Debtor name    **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **19-51375**
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**Bexar County** | **Describe debtor's property that is subject to a lien** | $50,459.04 | $1,692,610.00 |
| **Creditor's mailing address**<br>**c/o Don Stecker** | **1012 S. Presa** | | |
| **Linebarger Goggan Blair & Sampson** | **Describe the lien** | | |
| **711 Navarro, Ste. 300** | **Annual Property Taxes / Statutory Lien** | | |
| **San Antonio    TX    78205** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**    **2019** | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| **Last 4 digits of account**<br>**number**    **0   0   9   1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in**<br>**the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | | | |

**1) Bexar County; 2) Pender Capital.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $2,337,211.03

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**

**Creditor's name**
**Bexar County**

**Creditor's mailing address**
**c/o Don Stecker**

**Linebarger Goggan Blair & Sampson**

**711 Navarro, Ste. 300**

**San Antonio          TX    78205**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**
**number**          **0   1   8   0**

**Do multiple creditors have an interest in**
**the same property?**

☐ No

☑ Yes.  Have you already specified the
        relative priority?

   ☑ No.  Specify each creditor, including this
          creditor, and its relative priority.

**1) Bexar County; 2) Pender Capital.**

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**1248 S. Saint Mary's Street**

**Describe the lien**

**Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$6,336.54**    Column B: **$310,000.00**

**2.3**

**Creditor's name**
**Bexar County**

**Creditor's mailing address**
**c/o Don Stecker**

**Linebarger Goggan Blair & Sampson**

**711 Navarro, Ste. 300**

**San Antonio          TX    78205**

**Creditor's email address, if known**
**00791-031-0160**

**Date debt was incurred**    _____

**Last 4 digits of account**
**number**          ___  ___  ___  ___

**Do multiple creditors have an interest in**
**the same property?**

☐ No

☑ Yes.  Have you already specified the
        relative priority?

   ☑ No.  Specify each creditor, including this
          creditor, and its relative priority.

**1) Bexar County; 2) Pender Capital.**

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**1029 S. Presa**

**Describe the lien**

**Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,508.78**    Column B: **$140,000.00**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.4**

**Creditor's name**
**Bexar County**

**Creditor's mailing address**
**c/o Don Stecker**

**Linebarger Goggan Blair & Sampson**

**711 Navarro, Ste. 300**

**San Antonio        TX    78205**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Bexar County; 2) Pender Capital.**

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**1035 S. Presa**

**Describe the lien**

**Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $7,906.67 | $375,000.00 |

**2.5**

**Creditor's name**
**Pender Capital**

**Creditor's mailing address**
**11766 Wilshire Blvd., Ste 460**

_____

**Los Angeles        CA    90025**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **12/2017**

**Last 4 digits of account number**        ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1, 2.2, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**

**All properties listed on Schedule A.**

**Describe the lien**

**Business Loan / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $2,270,000.00 | $2,533,670.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Eric M. English** | Line **2.5** | ___ ___ ___ ___ |
| **1000 Main Street, 36th Floor** | | |
| | | |
| **Houston**            **TX**    **77002** | | |
| **Garland Murphy** | Line **2.5** | ___ ___ ___ ___ |
| **700 Louisanna Ste 2300** | | |
| | | |
| **Houston**            **TX**    **77002** | | |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |

_____

_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**   11 U.S.C. § 507(a)( _____ )

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eagle Tax and Bookeeping**

**1020 S. Presa**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**     **78210**

**Basis for the claim:**
**Business Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,887.00** |
|---|---|---|---|

**Frost Bank**

**100 W Houston St. T-9**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**     **78205**

**Basis for the claim:**
**Overdraft Bank Account**

**Date or dates debt was incurred**    **9/2017**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No
☐ Yes

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | | |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$3,887.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,887.00** |

**Fill in this information to identify the case:**

Debtor name  **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number  **19-51375**          Chapter  **11**
(if known)

☐ Check if this is an
  amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | | |
|---|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement**<br>**Contract to be ASSUMED** | **Alamo City Hospitality**<br>**1035 S. Presa** | | |
| | State the term remaining | **28 payment(s)** | | | |
| | List the contract number of any government contract | | **San Antonio** | **TX** | **78210** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement**<br>**Contract to be ASSUMED** | **Bite Restaurant**<br>**1012 S. Presa** | | |
| | State the term remaining | **15 payment(s)** | | | |
| | List the contract number of any government contract | | **San Antonio** | **TX** | **78210** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement**<br>**Contract to be ASSUMED** | **Eagle Tax and Bookkeeping**<br>**1020 S. Presa** | | |
| | State the term remaining | **16 payment(s)** | | | |
| | List the contract number of any government contract | | **San Antonio** | **TX** | **78210** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement**<br>**Contract to be ASSUMED** | **Mint Salon**<br>**1016 S. Presa** | | |
| | State the term remaining | **43 payment(s)** | | | |
| | List the contract number of any government contract | | **San Antonio** | **TX** | **78210** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** **Contract to be ASSUMED** | **MS Facility Enterprise LLC** **1014 S. Presa** |
|---|---|---|---|
| | State the term remaining | **53 payment(s)** | |
| | List the contract number of any government contract | | **San Antonio**          **TX**      **78210** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease Agreement** **Contract to be ASSUMED** | **New Shine Car Wash** **1248 St. Mary's** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**          **TX**      **78210** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** **Contract to be ASSUMED** | **Taco Haven** **1032 S. Presa** |
| | State the term remaining | **115 payment(s)** | |
| | List the contract number of any government contract | | **San Antonio**          **TX**      **78210** |

**Fill in this information to identify the case:**

Debtor name    **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-51375**
(if known)

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors            12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Fill in this information to identify the case:

Debtor Name **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **19-51375**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................................. | **$2,533,670.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................ | **$69,952.00**

    1c.  **Total of all property:**
    Copy line 92 from Schedule A/B.................................................................................. | **$2,603,622.00**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............... | **$2,337,211.03**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | **+   $3,887.00**

4.   **Total liabilities**
    Lines 2 + 3a + 3b........................................................................................ | **$2,341,098.03**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/14/2019**          X **/s/ Rejinaldo Torres**
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                              **Rejinaldo Torres**
                              Printed name

                              **Manager**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-51375**
(if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For prior year:** | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other **Rent** | _____ |
| **For the year before that:** | From **01/01/2017**<br>MM / DD / YYYY | to | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other **Rent** | **$111,720.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Frost Bank v. Jerry Torres Properties, LLC et al** | **Suit on Account** | **Bexar County District Court**<br>Name<br><br>**100 Dolorsa**<br>Street | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| | Case number<br>**2018-CI-07045** | | **San Antonio**      **TX**    **78205**<br>City              State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Malaise Law Firm** | **Attorney's Fees $10,000.00** | **06/12/2019** | **$10,000.00** |

**Address**

**909 NE Loop 410, STE 300**
Street
**San Antonio TX, 78209**

City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Nathan Cace** | **$1,717 filing fees** **$2,937.50 Attorney's fees** | **6/6/19** | **$4,654.50** |

**Address**

**6609 Blanco Road, Suite 235**
Street

**San Anotnio**          **TX**      **78216**
City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**
**Taco Haven**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

       Does the debtor have a privacy policy about that information?
       ☐ No.
       ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
       ☐ No. Go to Part 10.
       ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Taco Haven**<br>Name<br>**1032 S. Presa**<br>Street<br><br>**San Antonio      TX   78210**<br>City          State   ZIP Code | **1032 S. Presa**<br><br>**San Antonio      TX   78210** | **Furnishings, Equipment and Appliances** | **$73,580.00** |
| **Alamo City Hospitality LLC dbaThe Pa**<br>Name<br>**1035 S. Presa**<br>Street<br><br>**San Antonio      TX   78210**<br>City          State   ZIP Code | **1035 S. Presa**<br><br>**San Antonio      TX   78210** | **Furntiure, Equipment and Appliances** | **$50,000.00** |
| **Bite Restaurant**<br>Name<br>**1012 S. Presa**<br>Street<br><br>**San Antonio      TX   78210**<br>City          State   ZIP Code | **1012 S. Presa**<br><br>**San Antonio      TX   78210** | **Furniture, Fixtures and Appliances** | **$50,000.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Eagle Tax and Bookkeeping**<br>Name | **1020 S. Presa** | **Furniture and Equipment** | **$8,000.00** |
| **1020 S. Presa**<br>Street | **San Antonio      TX    78210** | | |
| **San Antonio      TX    78210**<br>City        State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Mint Salon**<br>Name | **1016 S. Presa** | **Furniture, Equipment and Appliances** | **$20,000.00** |
| **1016 S. Presa**<br>Street | **San Antonio      TX    78210** | | |
| **San Antonio      TX    78210**<br>City        State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **MS Facility Enterprise LLC**<br>Name | **1014 S. Presa** | **Furntiure and Equipment** | **$10,000.00** |
| **1014 S. Presa**<br>Street | **San Antonio      TX    78210** | | |
| **San Antonio      TX    78210**<br>City        State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **New Shine Carwash**<br>Name | **1248 St. Mary's** | **Equipment** | **$50,000.00** |
| **1248 St. Mary's**<br>Street | **San Antonio      TX    78210** | | |
| **San Antonio      TX    78210**<br>City        State   ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☑ No
     ☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No
     ☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☑ No
     ☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

     ☑ None

26.  **Books, records, and financial statements**

     26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Catherine Torres** | | | From | **5/2019** | To | **6/2019** |
| | Name | | | | | |
| | **5419 Green Mist** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **San Antonio** | **TX** | **78223** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Domi Sandoval** | | | From | **2016** | To | **5/2019** |
| | Name | | | | | |
| | Street | | | | | |
| | | | | | | |
| | City | State | ZIP Code | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|

26a.3.  **Eagle Tax and Bookkeeping**_____   From   **1/2018**   To   **2/2019**
        Name
        **1020 S. Presa**_____
        Street
        _____

| **San Antonio** | **TX** | **78210** |
|---|---|---|
| City | State | ZIP Code |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|

26a.4.  **Mendoza & Associates LLC**_____   From   **1/2017**   To   **1/2018**
        Name
        **16103 University Oak**_____
        Street
        _____

| **San Antonio** | **TX** | **78249** |
|---|---|---|
| City | State | ZIP Code |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|

26a.5.  **Rick Ruiz, CPA**_____   From   **2018**   To   **2019**
        Name
        **1846 Lock Hill Selma Road Ste 101**_____
        Street
        _____

| **San Antonio** | **TX** | **78213** |
|---|---|---|
| City | State | ZIP Code |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c.1.  **Catherine Torres**_____   **N/A**
        Name
        **5419 Green Mist**_____
        Street
        _____

| **San Antonio** | **TX** | **78223** |
|---|---|---|
| City | State | ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Rejinaldo Torres** | **5419 Green Mist**<br>**San Antonio, TX 78223** | **POA for Elida Torres  / Sole Member** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/14/2019**
                MM / DD / YYYY

X  **/s/ Rejinaldo Torres**                              Printed name   **Rejinaldo Torres**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Jerry Torres Properties, LLC**

Case No.  **19-51375**

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................. **$10,000.00**

Prior to the filing of this statement I have received........................................................ **$10,000.00**

Balance Due............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor             ☑ Other (specify)
**Aurora Hartfield and Reginaldo Torres**

3. The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/14/2019** | **/s/ J. Todd Malaise** | |
|---|---|---|
| *Date* | *J. Todd Malaise* | Bar No. 00796984 |
| | Malaise Law Firm | |
| | 909 NE Loop 410, STE 300 | |
| | San Antonio TX, 78209 | |
| | Phone: (210) 732-6699 / Fax: (210) 732-5826 | |

---

**/s/ Rejinaldo Torres**

*Rejinaldo Torres*
*Manager*

Debtor name **Jerry Torres Properties, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-51375**
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Frost Bank 100 W Houston St. T-9 San Antonio, TX 78205 | | Overdraft Bank Account | | | | $3,887.00 |
| 2 Eagle Tax and Bookeeping 1020 S. Presa San Antonio, TX 78210 | | Business Debt | | | | $0.00 |

IN RE:   **Jerry Torres Properties, LLC**                                          CASE NO   **19-51375**

                                                                                   CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   6/14/2019 _____          Signature   **/s/ Rejinaldo Torres**_____
                                                                     **_Rejinaldo Torres_**
                                                                     **_Manager_**

Date _____          Signature _____

Alamo City Hospitality
1035 S. Presa
San Antonio, TX 78210


Bexar County
c/o Don Stecker
Linebarger Goggan Blair & Sampson
711 Navarro, Ste. 300
San Antonio, TX 78205

Bite Restaurant
1012 S. Presa
San Antonio, TX 78210


Eagle Tax and Bookeeping
1020 S. Presa
San Antonio, TX  78210


Eagle Tax and Bookkeeping
1020 S. Presa
San Antonio, TX 78210


Eric M. English
1000 Main Street, 36th Floor
Houston, TX 77002


Frost Bank
100 W Houston St. T-9
San Antonio, TX 78205


Garland Murphy
700 Louisanna Ste 2300
Houston, TX 77002


Mint Salon
1016 S. Presa
San Antonio, TX 78210

MS Facility Enterprise LLC
1014 S. Presa
San Antonio, TX 78210


New Shine Car Wash
1248 St. Mary's
San Antonio, TX 78210


Pender Capital
11766 Wilshire Blvd., Ste 460
Los Angeles, CA 90025


Taco Haven
1032 S. Presa
San Antonio, TX 78210

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                                    CHAPTER   **11**

**Jerry Torres Properties, LLC**


DEBTOR(S)                                 CASE NO   **19-51375**

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Alida Torres | | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**6/14/2019**_____          Signature:__**/s/ Rejinaldo Torres**_____

                                                                      *Rejinaldo Torres*
                                                                      **Manager**